UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONNA L. PIRRO,

Plaintiff,

-vs-	Case No. 5:11-cv-472-Orl-18TBS

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Pursuant to 28 U.S.C.A. § 1914, the court orders plaintiff to pay the clerk of the court a filing fee of $350.00 within twenty-one (21) days of this order, otherwise this action will be dismissed.

It is **SO ORDERED** in Orlando, Florida, this ___6___ day of September, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record